IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| XPEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOPE TINTINGS LLC, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 1:24-7684 KMW/EAP <br><br> **ORDER** |

**THIS MATTER** having come before the Court on XPEL, Inc.'s ("Plaintiff") renewed Motion for Default Judgment under Federal Rule of Civil Procedure 55; the Court having considered Plaintiff's Motion (ECF No. 24); and or the reasons set forth in the accompanying Opinion of even date;

IT IS this **30th** day of **December 2025** hereby **ORDERED** as follows:

A. Plaintiff's Motion for Default Judgment (ECF No. 24) is **DENIED WITHOUT PREJUDICE**;

B. To the extent Plaintiff wishes to seek relief on any cause of action not addressed in the accompanying Opinion, Plaintiff is granted leave to submit a renewed motion for default judgment within **30 days** of the entry of this Order;

C. Insofar as Plaintiff wishes to continue pursuing relief under the Lanham Act, Plaintiff is granted leave to file an amended pleading curing the deficiencies discussed in the accompanying Opinion within **30 days** of the entry of this Order. Upon the filing of any such amended pleading, the Court will vacate the Clerk of Court's March 17, 2025 entry of default. If, following proper service, Defendant fails to plead or otherwise respond to the amended pleading through licensed legal counsel, Plaintiff may seek to obtain default judgment consistent with Federal Rule of Civil Procedure 55.

KAREN M. WILLIAMS, U.S.D.J.